# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>CARLOS ANTONIO RODNEY<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:25-mj-00206<br>)<br>)  **SEALED**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/23/2025__ in the county of __Washington__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 933(a)(1) | Trafficking in Firearms |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

/s/ By phone
*Complainant's signature*

Graham Bogumill, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:39 pm__ a.m./p.m.

Date: __July 22, 2025__

*Youlee Yim You*
*Judge's signature*

City and state: __Portland, Oregon__    Youlee Yim You, Unites States Magistrate Judge
*Printed name and title*

**SEALED**  3:25-mj-00206

DISTRICT OF OREGON, ss:        AFFIDAVIT OF GRAHAM BOGUMILL

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Graham Bogumill, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.  I am currently a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) assigned to the Helena Field Office. I have been a Special Agent since October of 2019. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as a graduate of the Special Agent Basic Training Program at the ATF National Academy in Glynco, Georgia. As a Special Agent with ATF, my duties and responsibilities have included conducting criminal investigations for violations of federal controlled substance and firearms laws.

2.  I submit this affidavit in support of a criminal complaint and arrest warrant for Carlos Antonio Rodney (hereinafter "**Rodney**"), for Trafficking in Firearms in violation of Title 18, United States Code, Sections 933(a)(1). As set forth below, there is probable cause to believe, and I do believe, that **Rodney** for Trafficking in Firearms in violation of Title 18, United States Code, Sections 933(a)(1).

**Applicable Law**

3.  I believe there is probable cause to believe that the following violations have been committed:

    - Title 18 U.S.C. § 933(a)(1) provides, in part: "It shall be unlawful for any person to ship, transport, transfer, cause to be transported, or otherwise dispose of any firearm to another person in or otherwise affecting interstate or foreign commerce, if such person knows or has reasonable cause to believe that the use, carrying, or

possession of a firearm by the recipient would constitute a felony."

## Statement of Probable Cause

4.  Beginning in July of 2023, ATF Special Agents and Detectives with the Salem Police Department's (SPD) Strategic Investigations Unit (SIU) were tasked on focusing investigative efforts on criminal activity involving street gangs. Detectives focused on local street gangs to the Salem area known as "Varrio Catorce" and "Savage Block" both of which are Norteño sub-sets. This was due to multiple officer involved shootings and violent crime with the perpetrators being members of "Varrio Catorce" and "Savage block." I know from previous investigations that "Savage Block" has close ties to "Varrio Catorce." I also know that Spanish translation for "Varrio (barrio) Catorce" is" Neighborhood Fourteen." I know that Norteño street gangs commonly use the number fourteen as "N", standing for Norte or Norteño, is the fourteenth letter in the alphabet. Investigators began gaining information from other agencies including Marion County Parole and Probation. Through my investigation, as well as through my communications with other members of law enforcement, I learned that Carlos Rodney (hereinafter "**Rodney**") is an active "Varrio Catorce" Norteño gang member.

5.  Since January of 2025, ATF Undercover Agents have engaged in five (5) undercover buy operations involving Christopher Hermens and his associates to include one (1) undercover buy operation involving **Rodney**. During the undercover buy operations, ATF Undercover Agents have purchased the following items:

- Eight (8) firearms
- 160 grams of fentanyl powder
- 389 grams of fentanyl pills
- 67 grams of cocaine

**Affidavit of Graham Bogumill**  Page 2
Rev. April 2018

**Undercover Purchase**

6. On January 23, 2025, an ATF Undercover Agent (hereinafter "UCA") conducted an undercover purchase from **Rodney** and Hermens for narcotics and firearms. The ATF UCA conducted one (1) previous undercover buy on January 14, 2025, from Hermens that resulted in the purchase of 35 grams of cocaine and 1.2 pounds of marijuana. The ATF UCA coordinated a second purchase from Hermens that included narcotics and firearms.

7. On January 23, 2025, prior to the undercover buy operation, Hermens instructed the UCA to meet him in the parking lot of the Batteries + Bulbs in Tualatin, Oregon. **Rodney** and Hermens arrived at the location in a silver Honda Accord bearing Oregon license plate 656HYM. This vehicle is registered to **Rodney**. Hermens was observed driving the vehicle, and **Rodney** was seated in the front passenger seat. Also present in the vehicle were two known Norteño gang members; ███████████████████████ and ██████████████ ██████████.

8. Upon their arrival at the deal location, **Rodney** was observed exiting the Honda, retrieving items from a cardboard box in the trunk of the Honda, and then reentering the Honda in rear passenger seat with the items. The UCA entered the Honda and sat in the front passenger seat. **Rodney** handed the UCA a plastic bag containing two (2) pistols and stated, "I have the rest in the box". **Rodney** then provided a cardboard box to the UCA containing (2) additional pistols, and a short time after provided the UCA with an AR-15 style rifle that was located in the trunk of the Honda. In total, the UCA purchased the following firearms from **Rodney**:

- Sig Sauer pistol, model P320, 9mm, serial number: M18-090789
- Glock pistol, model 48, 9mm, serial number: BFZD892
- Smith & Wesson pistol, model M&P 45, .45 caliber, serial number: DUK9289

- Glock pistol, model 20, 10mm, serial number: BXML994
- IWI rifle, model Z-15, 5.56 caliber, serial number: Z0024539

9. During the transaction, the UCA asked **Rodney** if **Rodney** wanted the UCA to remove the serial numbers from the firearms. **Rodney** responded, "I just say your call." The UCA informed **Rodney** and Hermens that the people the UCA would sell the firearms to may commit criminal acts with the firearms. **Rodney** stated, "I don't shave off any numbers cause that's a sentence right there." Based on my training and experience, I understand **Rodney** to mean that he is aware obliterating serial numbers for firearms is unlawful.

10. Following the purchase of the firearms from **Rodney,** the UCA proceeded to purchase 32 grams of cocaine from Hermens with **Rodney** present.

11. The IWI rifle, model Z-15, 5.56 caliber, serial number: Z0024539 was later confirmed to be stolen out of Beaverton, OR.

12. Based on information from the National Integrated Ballistic Information Network (NIBIN), shell casings from a test fire of the Smith & Wesson pistol, model M&P 45, .45 caliber, serial number: DUK9289 linked to casings recovered in connection with Vancouver Police Department case 24-014909. In summation, On July 17, 2024, two individuals, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were in the area of 1477 SE Columbia Way, Vancouver, WA, when an unknown individual(s) shot at, and injured ▮▮▮▮▮▮▮. In total, 12 casings were recovered from the scene.

## Conclusion

13. Based on the foregoing, I have probable cause to believe, and I do believe, that Carlos Antonio Rodney committed Trafficking in Firearms in violation of Title 18, United States

Code, Sections 933(a)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for Carlos Antonio Rodney.

14. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Nicole Bockelman, and AUSA Bockelman advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

15. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation). Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Graham Bogumill
Special Agent, ATF

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:39 pm a.m./p.m. on July 22, 2025.

_____
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

**Affidavit of Graham Bogumill**

Page 5
Rev. April 2018